United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                                      Case No. 15-18346-elf
Susan T Corbin                                                                                                  Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2            User: admin            Page 1 of 3
Date Rcvd: Apr 16, 2021            Form ID: 138NEW            Total Noticed: 38

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Susan T Corbin, 66 Ardmore Avenue, Lansdowne, PA 19050-1804 |
| cr | + | SELECT PORTFOLIO SERVICING, INC., PO Box 65250, Salt Lake City, UT 84165-0250 |
| cr | + | Specialized Loan Servicing LLC, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| cr | + | Specialized Loan Servicing LLC, 8742 Lucent Blvd Suite 300, Highlands Ranch, CO 80129-2386 |
| cr | | Wells Fargo Bank, N.A., Default Document Processin, N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-7700 |
| 13651751 | ++ | ASCENDIUM EDUCATION SOLUTIONS INC, PO BOX 8961, MADISON WI 53708-8961 address filed with court:, Navient Solutions, Inc. on behalf of USAF, Attn: Bankruptcy Litigation Unit E3149, P.O. Box 9430, Wilkes-Barre, PA 18773-9430 |
| 13656170 | + | American Broadcast Employees Federal Credit Union, 7-11 Front Street, Rockville Centre, NY 11570-4022 |
| 13635590 | | American Broadcast Employees fcu, Premium Customer Service, PO Box 31675, Tampa, FL 33631-3675 |
| 13635591 | # | American Express, 4315 S 2700 W, Salt Lake City, UT 84184-0001 |
| 13635592 | + | American Express Blue, PO Box 981535 Customer Service, El Paso, TX 79998-1535 |
| 13648324 | | American Express Centurion Bank, c o Becket and Lee LLP, POB 3001, Malvern, PA 19355-0701 |
| 13635593 | | Car Care One/Sychrony Bank, PO Box 965033, Orlando, FL 32896-5033 |
| 13635595 | + | Encore Receivable Management, Inc., PO Box 3330 400 N. Rogers Rd., Olathe, KS 66063-3330 |
| 14569375 | + | Federal Home Loan Mortgage Corporation, c/o REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14566459 | + | Federal Home Loan Mortgage Corporation, as Truste, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14568967 | + | Federal Home Loan Mortgage Corporation, as Trustee, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 13635596 | + | IC System Inc., PO Box 64886 444 Highway 96 East, St. Paul, MN 55164-0886 |
| 13635598 | | Jaffe and Asher, LLP, 11 E Market St Ste 102, York, PA 17401-1263 |
| 13684265 | + | Midland Credit Management, Inc. as agent for, MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 13635601 | | Phelan, Hallinan, LLP, 1617 John F. Kennedy Blvd., Suite 1400, One Penn Center at Suburban Station, Philadelphia, PA 19103-1814 |
| 14079970 | + | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 13635604 | | Wells Fargo Bank Home Equity Loans, PO Box 10335, Des Moines, IA 50306-0335 |
| 13699330 | + | Wells Fargo Bank, N.A., Attention: Bankruptcy Department, MAC # D3347-014, 3476 Stateview Boulevard,, Fort Mill, SC 29715-7203 |
| 13693427 | + | Wells Fargo Bank, N.A., Home Equity Group, Default Document Processing, N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-7700 |
| 13635605 | + | Wells Fargo Home Mortgage Inc., 1 Home Campus Correspondence X2501-01T, Des Moines, IA 50328-0001 |

TOTAL: 25

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Apr 17 2021 03:36:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 17 2021 03:34:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

Case 15-18346-elf Doc 38 Filed 04/18/21 Entered 04/19/21 00:50:59 Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 16, 2021 | Form ID: 138NEW | Total Noticed: 38 |

| Recip ID | Bypass | Notice Type / Email | Date/Time | Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 17 2021 03:35:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | | Email/PDF: gecsedi@recoverycorp.com | Apr 17 2021 03:50:56 | Synchrony Bank, c/o Recovery Management Systems Corporat, 25 SE 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14187816 | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Apr 17 2021 03:31:00 | United Student Aid Funds, Inc. (USAF), PO Box 8961, Madison WI 53708-8961 |
| 13669530 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Apr 17 2021 03:54:10 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 13635597 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 17 2021 03:32:00 | IRS - Att.: Special Procedures, PO Box 7346, Philadelphia, PA 19101-7346 |
| 13635599 | | Email/PDF: gecsedi@recoverycorp.com | Apr 17 2021 04:00:36 | Lowes/Synchrony Bank, PO Box 965003, Orlando, FL 32896-5003 |
| 13635600 | | Email/PDF: pa_dc_claims@navient.com | Apr 17 2021 04:11:01 | Navient, PO Box 9500, Wilkes Barre, PA 18773-9500 |
| 13635602 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 17 2021 04:01:44 | Portfolio Recovery Assoc., LLC, 120 Corporate Blvd, Norfolk, VA 23502-4962 |
| 13645554 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 17 2021 03:52:13 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13637141 | | Email/PDF: rmscedi@recoverycorp.com | Apr 17 2021 04:11:02 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 13635603 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Apr 17 2021 03:31:00 | Verizon, 500 Technology Dr Ste 300, Weldon Spring, MO 63304-2225 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13655815 | * | American Express Centurion Bank, c o Becket and Lee LLP, POB 3001, Malvern, PA 19355-0701 |
| 13635594 | ## | Diversified Consultants, Inc, PO Box 1391, Southgate, MI 48195-0391 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 18, 2021        Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 16, 2021 at the address(es) listed below:

**Name**           **Email Address**

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Apr 16, 2021 | Form ID: 138NEW | Total Noticed: 38 |

CHRISOVALANTE FLIAKOS
on behalf of Creditor Wells Fargo Bank NA paeb@fedphe.com

JEROME B. BLANK
on behalf of Defendant WELLS FARGO BANK paeb@fedphe.com

KENNETH E. WEST
on behalf of Debtor Susan T Corbin dwabkty@aol.com G6211@notify.cincompass.com

KENNETH E. WEST
on behalf of Plaintiff Susan T Corbin dwabkty@aol.com G6211@notify.cincompass.com

REBECCA ANN SOLARZ
on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2020-1 bkgroup@kmllawgroup.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
on behalf of Trustee WILLIAM C. MILLER Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

WILLIAM C. MILLER, Esq.
ecfemails@ph13trustee.com philaecf@gmail.com

TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Susan T Corbin
     Debtor(s)                                                    Bankruptcy No: 15−18346−elf
                                                                         Chapter: 13

---

## *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                        900 Market Street
                           Suite 400
                       Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                            For The Court
                                                                 Timothy B. McGrath
                                                                     Clerk of Court

Dated: 4/16/21

                                                                                         37 − 36
                                                                        Form 138_new